UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20341-CR-UU

**UNITED STATES OF AMERICA**

vs.

**ALBERT M. FIREBAUGH IV,**

    **Defendant.**
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE

The United States, by and through the undersigned Assistant United States Attorney, respectfully submits this supplemental response to amend the Government's initial response [DE 39] to Defendant's *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582 [DE 32].

On May 18, 2020, the Department of Justice issued internal guidance which directs that the Government concede that Defendants who have certain CDC risk factors, including:

1. Asthma (moderate to severe)
2. Chronic kidney disease being treated with dialysis
3. Chronic lung disease, such as chronic obstructive pulmonary disease (COPD) (including emphysema and chronic bronchitis), idiopathic pulmonary fibrosis, and cystic fibrosis
4. Diabetes, including type 1, type 2, or gestational
5. Hemoglobin disorders, such as sickle cell disease and thalassemia
6. Immunocompromised, including from cancer treatment, bone marrow or organ transplantation, immune deficiencies, HIV with a low CD4 cell count or not on HIV treatment, and prolonged use of corticosteroids and other immune weakening medications
7. Liver disease, including cirrhosis
8. Serious heart conditions, including heart failure, coronary artery disease, congenital heart disease, cardiomyopathies, and pulmonary hypertension; and/or
9. Severe obesity, defined as a body mass index (BMI) of 40 or above

can establish that "extraordinary and compelling reasons" warrant the reduction in sentence.  In other words, in the Government's view, during the COVID-19 pandemic, this Defendant Firebaugh's documented COPD and Type II diabetes present " serious physical or medical

condition(s) . . . that substantially diminish[] the ability of the defendant to provide self-care within the environment of a correctional facility and from which he … is not expected to recover." U.S.S.G. § 1B1.13 cmt. n.1(A)(ii)(I).[1]

Based on Title 18 U.S.C. § 3582(c)(1)(A), as modified by the First Step Act, the Court still must consider whether a reduction in the Defendant's sentence is appropriate under "the 3553(a) factors to the extent they are applicable" and "that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." As part of the U.S. Sentencing Guidelines Section 1B1.13(2), the Court must find that the defendant is "not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g)."

The Government can submit any additional filings by June 5, 2020 as directed by the Court.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Dated:   June 1, 2020             By:   Timothy J. Abraham
                                        TIMOTHY J. ABRAHAM
                                        ASSISTANT U.S. ATTORNEY
                                        Florida Bar No. 114372
                                        99 N. E. 4th Street, 4th Floor
                                        Miami, Florida 33132-2111
                                        Tel. No. (786) 877-4964
                                        Fax No. (305) 530-7976
                                        **Email: Timothy.Abraham2@usdoj.gov**

---

[1] The undersigned advised defense counsel on May 26, 2020 of the substance of this supplemental response.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2020, I electronically filed the foregoing document with the Clerk of the Court which sent notice to counsel of record.

.

/s/Timothy J. Abraham
Timothy J. Abraham, AUSA