UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 1: 16-CR-20341-UU-1



FILED BY ___PG___ D.C.

JUN 02 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

V.

ALBERT MATHIS FIREBAUGH IV
DEFENDANT/PETITIONER.

PETITIONER'S MOTION FOR AN ORDER TO
SHOW CAUSE RE: CONTEMPT AGAINST
THE BUREAU OF PRISONS AND/OR THE
UNITED STATES ATTORNEY FOR LYING
TO THE COURT ABOUT A MATERIAL
FACT; ALTERNATIVELY FOR RULE 11
SANCTIONS; ALTERNATIVELY FOR THE
COURT TO SANTION THE BUREAU OF
PRISONS AND/OR THE UNITED STATES
ATTORNEY, SUA SPONTE, FOR EXHIBITING
A DELIBERATE INDIFFERENCE TO OBVIOUS
FACTS.

PETITIONER, ALBERT MATHIS FIREBAUGH IV, PRO SE, MAKES THIS MOTION ON THE GROUNDS THAT THE BUREAU OF PRISONS (B.O.P.) BY AND THROUGH THE UNITED STATES ATTORNEY MADE A MATERIAL INTENTIONAL DELIBERATE MISSTATEMENT OF FACTS IN ITS OPPOSITION BY STATING THAT THERE ARE NO CASES OF COVID-19 AT FCC PETERSBURG.

THE B.O.P. AND THE UNITED STATES ATTORNEY'S OFFICE IN AT LEAST ONE OTHER CASE, U.S. V. CORNELL 1:11-CR-402-1 IN THE MIDDLE DISTRICT OF NORTH CAROLINA ACKNOWLEDGES THAT AT LEAST TWO STAFF MEMBERS OF FCC PETERSBURG TESTED POSITIVE FOR COVID-19, RECOVED AND THEN RETURNED TO WORK. A COPY OF THE GOVERNMENT'S OPPOSITION IN THE CORNELL CASE IS ATTACHED TO THE ACCOMPANYING DECLARATION OF PETITIONER.

ADDITIONALY ON OR ABOUT MAY 15, 2020, THE B.O.P.'S WEBSITE ONE STAFF MEMBER AT FCC PETERSBURG HAD COVID-19.

2

THE WEBSITE HAS NOW BEEN UPDATED TO SHOW ONLY ONE STAFF RECOVERED FROM COVID-19 AT FCC PETERSBURG. SEE BOP'S WEBSITE AT HTTPS://WWW.BOP.GOV/CORONAVIRUS/INDEX.JSP.

NOT ONLY HAS THE B.O.P. MISLEAD THIS COURT, AND OTHERS, BY AFFIRMATIVELY DENYING THE EXISTANCE OF ANY CASES OF COVID-19 AT FCC PETERSBURG, ON OR ABOUT MAY 11, 2020, THE LEUTENANTS HELD A "TOWN HALL" MEETING IN THE PETITIONERS HOUSING UNIT AND TOLD ALL INMATES HOUSED THERE THAT THERE HAVE BEEN "NO CASES OF COVID-19 AT PETERSBURG". THEY REPEATED THIS AT LEAST FOUR TIMES.

THE ISSUE OF WHETHER OR NOT COVID-19 IS OR HAS BEEN AT FCC PETERSBURG IS MATERIAL TO THE SUBJECT PETITION. ALTHOUGH THE C.D.C. HAS ALREADY SAID THAT EVERYONE WILL BE EXPOSED TO COVID-19 AND PETITIONER IS CONCERNED ABOUT HIS EXPOSURE IN A

3

PRISON SETTING, THE B.O.P. AND THE
UNITED STATES ATTORNEY HAVE CONSPIRED
TO ATTEMPT TO TRICK THE COURT INTO
BELIEVING THAT PETITIONER IS
PERFECTLY SAFE AT FCC PETERSBURG
BECAUSE IT IS A COVID-19 FREE ZONE.
THIS IS FALSE AND MISLEADING AND
SHOWS AN ABSOLUTE CONTEMPT FOR
PETITIONER'S SAFETY AND THIS TRIBUNAL.

RULE 11(b) GOVERNING "[R]EPRESENTATIONS
TO THE COURT BY PRESENTING TO THE COURT
A PLEADING, WRITTEN MOTION, OR OTHER
PAPER - WHEATHER BY SIGNING, FILING,
SUBMITTING OR LATER ADVOCATING IT -
AN ATTORNEY OR UNREPRESENTED PARTY
CERTIFIES THAT TO THE BEST OF THE
PERSONS KNOWLEDGE, INFORMATION AND
BELIEF, FORMED AFTER AN INQUIRY
REASONABLE UNDER THE CIRCUMSTANCES...
(3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY
SUPPORT OR, IF SPECIFICALLY SO IDENTIFIED
WILL LIKELY HAVE EVIDENTIARY SUPPORT
AFTER A RESONABLE OPPORTUNITY FOR

FURTHER INVESTIGATION OR DISCOVERY, AND (4) THE DENIALS OF FACTUAL CONTENTIONS ARE WARRANTED ON THE EVIDENCE OR, IF SPECIFICALLY SO IDENTIFIED ARE REASONABLY BASED ON BELIEF OR LACK OF INFORMATION."

THE B.O.P. AND THE UNITED STATES ATTORNEY'S OFFICE EITHER MISREPRESENTED THE FACTS IN THIS CASE OR IN THE U.S. v. CORNELL CASE. PETITIONER STRONGLY BELIEVES THE DECEPTION IS IN THIS CASE AS IT WOULD BE UNREASONABLE FOR THE B.O.P. AND THE UNITED STATE ATTORNEY'S OFFICE TO FALSELY CLAIM THE PRESENCE OF COVID-19 AT FCC PETERSBURG.

RULE 11 (c) GOVERNING SANTIONS STATES:
(1) IN GENERAL. IF, AFTER NOTICE AND REASONABLE OPPORTUNITY TO RESPOND, THE COURT DETERMINES THAT RULE 11 (b) HAS BEEN VIOLATED, THE COURT MAY IMPOSE AN APPROPRIATE SANCTION ON ANY

ATTORNEY, LAW FIRM OR PARTY THAT
VIOLATED THE RULE OR IS RESPONSIBLE
FOR THE VIOLATION...

AS PETITIONER IS JUST TRYING
TO GET TO A SAFE LOCATION TO
QUARRANTINE HIMSELF UNTIL THE
COVID-19 PANDEMIC IS OVER, HE IS
NOT INTERESTED IN MONETARY SANCTIONS.
HOWEVER, AS FCC PETERSBURG APPEARS
TO BE INVOLVED IN A CONSPIRACY TO
COVER UP A COVID-19 EPIDEMIC AT
THE INSTITUTION AND IN CONCERN FOR
THE OTHER AT RISK INMATES STILL AT
FCC PETERSBURG, PETITIONER ASKS THE
COURT TO DO WHATEVER IS IN ITS POWER,
WHEATHER BY ORDER TO SHOW CAUSE OR
CONTEMPT, SANCTIONS OR ANYTHING
ELSE TO BRING THIS CONSPIRACEY TO
THE LIGHT, PUNISHING THOSE AT FAULT
AND PROTECT THOSE WHO NEED
PROTECTION.

IN PEER V. LEWIS, 606 F. 3d. 1306, 1316 (11TH CIR. 2010) CITED IN RE ENGLE CASES, 283 F. SUPP. 3d. 1174 (11TH CIR. 2017), THE COURT SAID "[A]TTORNEYS ARE THE FILTER UPON WHICH COURTS RELY TO MAINTAIN THE INTEGRITY OF, AND TRUST IN, OUR JUDICIAL PROCESS." HERE THAT TRUST IS CORRODED BY THE FALSE AND MISLEADING STATEMENT IN THE GOVERNMENT'S OPPOSITION.

IN DECIDING WHETHER TO SANCTION AN ATTORNEY AND/OR A PARTY, THE REASONABLENESS OF THE INQUIRY TURNS ON THE TOTALITY OF THE CIRCUMSTANCES. COHEN V. BURLINGTON, INC., 2020 U.S. DIST. LEXIS 36294, 298-299 (11TH CIR. 2020). HERE BOTH THE UNITED STATES ATTORNEY AND THE B.O.P. MAY HAVE CONSPIRED IN MAKING THE FALSE AND MISLEADING MATERIAL REPRESENTATIONS TO THE COURT.

IF THE COURT DETERMINES THAT A RULE 11 IS NOT TIMELY, PETITIONER ASK THE COURT TO SUA SPONTE ISSUE THE SANCTIONS NECESSARY. IN HODGE V. ORLAND UTILS. Comm'n, 2010 U.S. DIST. LEXIS 12564 (11TH CIR. 2010), THE COURT HELD "[M]AKING A KNOWINGLY FALSE STATEMENT OR EXIHIBITING A DELIBERATE INDIFFERENCE TO OBVIOUS FACTS IS AKIN TO CONTEMPT AND WARRANTS SUA SPONTE RULE 11 SANCTIONS. SEE ALSO RICCARD V. PRUDENTIAL INS. CO. 307 F. 3d. 1237, 1294 (11TH CIR. 2002) AND BERNAL V. ALL AM. REALTY INC. 479 F. SUPP. 1291, 1329-30 (S.D. FLA. 2007).

ALTERNATIVELY, THE COURT SHOULD ISSUE AN ORDER TO SHOW CAUSE RE CONTEMPT TO FERRET OUT THIS CONSPIRACY AND PROTECT THE INMATES WHO ARE MEDICALLY IN NEED OF THE COURTS HELP.

RESPECTFULLY SUBMITTED,

_____
ALBERT MATHIS FIREBAUGH IV
DEFENDANT/PETITIONER

MAY 24, 2020
_____
DATED

8

ALBERT MATHIS FIREBAUGH III   09206-104
PETERSBURG LOW
FEDERAL CORRECTIONAL INSTITUTION
INMATE MAIL/PARCELS
POST OFFICE BOX 1000
PETERSBURG, VA 23804

LEGAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

USMS INSPECT



